**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Alisia Hargest-Davis v. Crescent M&P LLC

Appellate case number:     01-15-00328-CV

Trial court case number:    2013-60906

Trial court:                     164th District Court of Harris County

The Clerk of this Court filed the brief of appellant Alisia Hargest-Davis on September 24, 2015. Appellant's brief, however, does not comply with Texas Rule of Appellate Procedure 38.1 because the brief does not contain: (1) a list of all the parties to the trial court's judgment and addresses of all trial and appellate counsel, (2) a table of contents, (3) an index of authorities, (4) a brief statement of the case with references to the appellate record, (5) a list of the issues presented for appeal, (6) a statement of facts supported by record references, (7) a summary of the argument, (8) a clear and concise argument for the contentions made with appropriate citations to legal authorities and the appellate record, and (9) an appendix. TEX. R. APP. P. 38.1 (a)-(d), (f)-(i), (k).

Appellant is directed to file an amended brief conforming to Rule 38.1. *See* TEX. R. APP. P. 38.1 (a)-(d), (f)-(i), (k). **Appellant's amended brief is due to be filed with this Court no later than 30 days after the date of this order**. *See* TEX. R. APP. P. 38.6(a).

Appellee's brief, if any, will be due no later than 30 days after the filing of appellant's amended brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                              ☒ Acting individually     ☐ Acting for the Court

Date: October 13, 2015